UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:15-cv-1632-JRG-RSP
Name of party requesting extension: JK Imaging Ltd.
Is this the first application for extension of time in this case?   ☐ Yes   ☑ No

If no, please indicate which application this represents:   ☑ Second   ☐ Third   ☐ Other _____

Date of Service of Summons: 11/18/2015
Number of days requested:   ☐ 30 days
☑ 15 days
☐ Other _____ days
New Deadline Date: 1/22/2016   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Irfan A. Lateef
State Bar No.: CA 204,004
Firm Name: Knobbe, Martens, Olson & Bear, LLP
Address: 2040 Main St.
    14th Floor
    Irvine, CA  92614
Phone: (949) 760-0404
Fax:  (949) 760-9502
Email: irfan.lateef@knobbe.com

A certificate of conference does not need to be filed with this unopposed application.